DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'06 FEB 28 15:04USDC-ORE

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Cynthia Woodroof**

**Plaintiff,**

vs.

Civil No. 05-cv-00632-HO

**Commissioner of Social Security**

**Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $3.41, costs in the amount of $13.10, and attorney's fees in the amount of $4013.20 for total in the amount of $4029.71, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 28th day of Feb., 2006.

Michael R. Hogan
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**